# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DONALD STEWART,

    Plaintiff,

v.

WALMART, INC.,

    Defendant.

Case No. 2:23-cv-00062-APG-NJK

**Order**

    Defendant Walmart, Inc. removed this case from state court to this Court on January 11, 2023. Docket No. 1. However, Defendant answered the complaint on January 3, 2023, while the case was still pending in state court. *See* Docket No. 1-3. Accordingly, the parties are hereby **ORDERED** to file, no later than March 3, 2023, a joint proposed discovery plan. In addition to the information required by Local Rule 26-1, the parties must also provide what, if any, discovery was completed while the case was pending in state court.

    IT IS SO ORDERED.

    Dated: February 17, 2023

                                                            Nancy J. Koppe
                                                            United States Magistrate Judge