# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DONALD STEWART, | Case No.: 2:23-cv-00062-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| WALMART INC., | |
| Defendant | |

The proposed joint pretrial order is overdue. *See* ECF No. 12.

I THEREFORE ORDER that the parties shall file a proposed joint pretrial order by December 22, 2023.

DATED this 1st day of December, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE