UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DONALD STEWART, as Special Administrator on behalf of Barbara Stewart,<br><br>Plaintiff<br><br>v.<br><br>WALMART, INC.,<br><br>Defendant | Case No.: 2:23-cv-00062-APG-NJK<br><br>**Order** |

On December 18, 2023, the parties advised the court that they had settled this case. ECF No. 15. The parties have not filed a stipulation of dismissal or status report regarding settlement since then.

I THEREFORE ORDER that by April 26, 2024, the parties must file a stipulation of dismissal or a status report regarding settlement. The failure to do so may result in sanctions, including dismissal of claims or defenses.

DATED this 4th day of April, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE