**Charles T. Meyer, Esq. (NV 11842)**
**Tabetha A. Martinez, Esq. (NV 14237)**
**Susan E. Gillespie, Esq. (NV15227)**
**BURGER | MEYER LLP**
400 South 4th St., Suite 500
Las Vegas, NV 89101
Telephone: (949) 427-1888
Facsimile: (949) 427-1889
Email: cmeyer@burgermeyer.com
tmartinez@burgermeyer.com
sgillespie@burgermeyer.com

Attorneys for Defendant
WALMART INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DONALD STEWART, as Special Administrator to the Estate of BARBARA STEWART, deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>WALMART INC., dba WALMART, a foreign corporation, DOES I through X; AND ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00062-APG-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Plaintiff Donald Stewart, as Special Administrator to the Estate of Barbara Stewart (hereafter "Plaintiff") and Defendant Walmart, Inc. dba WALMART (hereafter "Defendant") hereby stipulate and agree that this case be dismissed, with prejudice, and that each party bear its own attorneys' fees and/or costs.

/ / /

/ / /

/ / /

/ / /

/ / /

-1-
**SAO TO DISMISS WITH PREJUDICE**

Entry of Stipulation and Order will result in the dismissal of the entire action, with prejudice, as to all Defendants.

| Dated: 04/24/2024 | Dated: 04/17/2024 |
|---|---|
| **BURGER | MEYER** LLP | HENNESS & HAIGHT |
| *(signature)* | */s/ Eric A. Ciarolla* |
| Tabetha A. Martinez, Esq. (NV14237)<br>Susan E. Gillespie, Esq. (NV15227)<br>400 South 4th St., Suite 500<br>Las Vegas, NV 89101<br>Attorney for Defendant | Mark G. Henness, Esq. (NV5842)<br>Eric A. Ciarolla, Esq. (NV15395)<br>8972 Spanish Ridge Avenue<br>Las Vegas, NV 89148<br>Attorney for Plaintiff |

## ORDER

**BASED UPON THE STIPULATION OF THE PARTIES** and good cause appearing therefore,

**IT IS HEREBY STIPULATED AND AGREED** that this case, including any and all claims brought by Plaintiff, is hereby dismissed with prejudice.

**IT IS HEREBY FURTHER STIPULATED AND AGREED** that the Parties will bear their own attorney fees and costs.

DATED this 26th day of April, 2024.

*(signature)*

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-2-
**SAO TO DISMISS WITH PREJUDICE**